565 F.2d 1213
 83 Lab.Cas. P 10,367
 N. L. R. B.
v.
Henington Industries, Inc.***
 No. 77-1734
 United States Court of Appeals, Fifth Circuit
 12/23/77
 
 1
 N.L.R.B.
 
 ENFORCED
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 **
 Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966